UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


David Melvin Elliott, Jr.

                              v.                  Civil No. 14-cv-530-SM

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration


O R D E R


No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 22, 2015, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Plaintiff's motion for an order reversing the Acting Commissioner's decision is denied (document no. 8), and the Acting Commissioner's motion for an order affirming her decision

is granted (document no. 9.  The clerk of the court shall enter judgment in accordance with this order and close the case.

    SO ORDERED.

                                            Steven J. McAuliffe
                                            United States District Judge

Date: November 17, 2015

cc:   Christopher G. Roundy, Esq.
      T. David Plourde, AUSA